**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEE COOK,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOSEPH TORRES, et al.,<br><br>　　　　　Defendants. | Case No. CV 13-2030 JLS (SS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Second Amended Complaint, Defendants' Motion to Dismiss, Plaintiff's Opposition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections has passed, and no Objections have been received. Accordingly, the Court accepts and adopts the Magistrate Judge's Report and Recommendation.

\\
\\
\\
\\

Consistent with the Report and Recommendation, IT IS ORDERED that:

   (1) Defendants' Motion to Dismiss on the grounds that the Second Amended Complaint fails to state a claim under 42 U.S.C. § 1983 and state tort law is GRANTED;

   (2) Defendants' Motion to Dismiss on the grounds of qualified immunity is DENIED without prejudice;

   (3) Defendants' Motion to Strike Plaintiff's requests for punitive damages against Defendants in their official capacity is GRANTED;

   (4) Defendants' Motion to Strike Plaintiff's requests for punitive damages against Defendants in their individual capacity is DENIED without prejudice;

   (5) Plaintiff shall file a Third Amended Complaint correcting the deficiencies identified in the Magistrate Judge's Report and Recommendation within fourteen (14) days of the date of this Order if he wishes to pursue this litigation.

\\
\\
\\
\\

The Clerk of the Court shall serve copies of this Order on Plaintiff and counsel for Defendants.

IT IS SO ORDERED.

DATED: November 05, 2013

                                    **JOSEPHINE L. STATON**
                                    _____
                                    JOSEPHINE L. STATON
                                    UNITED STATES DISTRICT JUDGE