**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEE COOK,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF BELL GARDENS, et al.,<br><br>        Defendants. | Case No. CV 13-2030 JLS (SS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS, AND**<br>**RECOMMENDATIONS OF UNITED**<br>**STATES MAGISTRATE JUDGE** |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Fifth Amended Complaint, Defendants' Motion to Dismiss and Motion to Strike, Plaintiff's Motion to Strike, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  The time for filing Objections has passed and no Objections have been received from any party.  Accordingly, the Court accepts and adopts the Magistrate Judge's Report and Recommendation.

\\
\\
\\
\\

        Consistent with the Report and Recommendation, IT IS ORDERED that:

        1.  Defendants' Motion to Dismiss is GRANTED. Plaintiff's claims against all Defendants are DISMISSED WITH PREJUDICE and without leave to amend for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).

        2.  Defendants' Motion to Strike is DENIED as moot.

        3.  Plaintiff's Motion to Strike is DENIED as frivolous.

        4.  The Parties' respective Requests for Judicial Notice are GRANTED.

        The Clerk of the Court shall serve copies of this Order and the Judgment herein on Plaintiff and counsel for Defendants.

        LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: May 11, 2015

                                    _____
                                    JOSEPHINE L. STATON
                                    UNITED STATES DISTRICT JUDGE