1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   LEE COOK,                          Case No. CV 13-2030 JLS (SS)

12                    Plaintiff,

13        v.                                 **JUDGMENT**

14   CITY OF BELL GARDENS, et al.,

15                    Defendants.

16

17        Pursuant   to   the   Court's   Order   Accepting   Findings,

18   Conclusions   and   Recommendations   of   United   States   Magistrate

19   Judge,

20

21        IT  IS  HEREBY  ADJUDGED  that  the  above-captioned  action  is

22   dismissed with prejudice and without leave to amend.

23

24   DATED:  May 11, 2015

25                                   _____
                                     JOSEPHINE L. STATON
26                                   UNITED STATES DISTRICT JUDGE

27

28